[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 16-13221
Non-Argument Calendar
_____

D.C. Docket No. 1:15-cv-01314-ELR


RICHARD ADAMS,

                                        Plaintiff - Appellant,

versus

AVERY NILES,
Commissioner,
L. GALE BUCKNER,
Commissioner,
AMY HOWELL,
Commissioner,
SARAH DRAPER,
Deputy Commissioner,
CLAY SEABOLT,
Deputy Commissioner, et al.,

                                        Defendant - Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(January 17, 2017)

Before TJOFLAT, HULL and WILLIAM PRYOR, Circuit Judges.

PER CURIAM:

We affirm the district court's grant of the defendants' motion to dismiss the plaintiff's complaint on the basis of Georgia's statute of limitations and Georgia's renewal statute, Ga. Code Ann. § 9-2-6, based on the district court's thorough and well-reasoned order dated May 23, 2016.

**AFFIRMED.**